```
BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
JAMES K. HERING
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:03-MJ-00040-HGB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL OF CITATIONS |
| ADAM W. HUBENIG, | |
| Defendant. | |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, hereby moves to dismiss the above-referenced case encompassing citations numbered P228191, P228192, and P228193, without prejudice in the interest of justice.

Dated: November 29, 2010            BENJAMIN B. WAGNER
                                    United States Attorney


                                By : /s/ Laurel J. Montoya
                                     LAUREL J. MONTOYA
                                     Assistant U.S. Attorney

1

O R D E R

Upon application of the United States, and good cause having been shown therefor,

IT IS HEREBY ORDERED that the above-referenced matter be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 14, 2010          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE